UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

WILLIAM LEE HOOD                                                                                                  PLAINTIFF

v.                                                                                    CIVIL ACTION NO. 1:11-CV-117-M

BAKER HUGHES TOOL COMPANY, INC. et al.                                                   DEFENDANTS

MEMORANDUM OPINION AND ORDER

By prior Order entered August 16, 2011, this Court directed Plaintiff to pay the requisite $350.00 filing fee for the instant action within 20 days from entry of the Order pursuant to 28 U.S.C. § 1915(g).  The Order further advised Plaintiff that failure to pay the filing fee within the time allowed would result in dismissal of this action for failure to prosecute.  Review of the record in this action reveals that Plaintiff has failed to pay the requisite $350.00 filing fee.  Therefore, by separate Order this Court will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

**IT IS FURTHER ORDERED** that Plaintiff is **prohibited** from filing any additional documents in this case.  The Clerk of Court is **DIRECTED** to return any future filings in this case to Plaintiff.

Date:

cc:        Plaintiff, *pro se*

4414.009